law library

**IN THE SUPERIOR COURT OF GUAM**

JOSEPH D. LOPEZ Sr., )  CIVIL CASE NO. CV1179-11
)
        Plaintiff, )
)
vs. )
)  **DECISION AND ORDER**
)  **RE: MOTION TO DISQUALIFY**
ADRIAN CRUZ, )
PAUL ROMIAS, )
RLC INTERNATIONAL, LLC., )
)
        Defendants, )
)

This matter came before the Honorable Vernon P. Perez, on February 8, 2013. Attorney Jon A. Visosky represented the Defendant Paul Romias. Attorney Brook E. Wright represented Plaintiff. The Court now issues its Decision and Order.

## BACKGROUND

The Court filed its Notice of Disqualifying Facts pursuant to 7 G.C.A. §§ 6105- 6106 on February 15, 2013. On February 25, 2013 the Court received Defendant Romias' Objection and Motion to Disqualify. The Court has reviewed the Memorandum of Points and Authorities submitted with the Motion to Disqualify. There is no opposition to the Motion.

## CONCLUSION

There being no opposition to the Motion to Disqualify the Court from the above-captioned matter, Defendant's motion is hereby GRANTED and the matter should be put before another Court pursuant to 7 G.C.A. § 6107.

So **ORDERED** this 29 day of March, 2013.

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

I do hereby certify that the foregoing is a true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagåtña, Guam

APR 1 - 2013

Therese M. Blas
Deputy Clerk, Superior Court of Guam

*Lopez v. Cruz et al.,*
Decision and Order
Civil Case No. CV1179-11